UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES DEASON | CIVIL ACTION NO. 24-cv-1014 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HABANA CARRENO CIRIACO ET AL | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). The Fifth Circuit requires that these facts be set forth clearly and expressly. Getty Oil Corp. v. Insurance Company of North America, 841 F.2d 1254, 1259 (5th Cir. 1988) ("In cases involving corporations, allegations of citizenship must set forth the state of incorporation as well as the principal place of business of each corporation").

The Diversity Jurisdiction Disclosure Statement filed by TRCC Transport, Inc. states that it is a "privately held corporation with its principal place of business and registered domicile in Dalton, Georgia." Doc. 10. The statement regarding the corporation's domicile was perhaps meant to imply that Georgia is its state of incorporation, but a clear allegation of the state in which TRCC is incorporated will avoid any doubt and related jurisdictional issues. Accordingly, TRCC is directed to file an amended Diversity Jurisdiction Disclosure Statement by **August 30, 2024**. If TRCC

follows the format in the notice (Doc. 5) issued by the court for alleging the citizenship of a corporation, then compliance will be assured.

    THUS DONE AND SIGNED in Shreveport, Louisiana, this 13th day of August, 2024.

                                          Mark L. Hornsby
                                          U.S. Magistrate Judge